UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA WAHAB, *on behalf of herself and all others similarly situated*,

      Plaintiffs,

– against –

THE OIL BAR, LLC,

      Defendant.

**ORDER**

24-cv-03156 (ER)

Ramos, D.J.:

 On April 25, 2024, Angela Wahab brought this action on behalf of herself and all other persons similarly situated against the Oil Bar, LLC. Doc. 1. On June 18, 2024, the Oil Bar, LLC was served. Doc. 5. On July 2, 2024, David Stein filed a notice of appearance on behalf of the Oil Bar, LLC, and the Oil Bar, LLC filed a Rule 7.1 corporate disclosure statement. Docs. 6, 7. Since then, there has been no activity in this case.

 Wahab is directed to submit a status letter by no later than April 18, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

 It is SO ORDERED.

Dated: April 11, 2025
    New York, New York

                   EDGARDO RAMOS, U.S.D.J.